IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD McINTOSH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  NO. 09-197-JPG-DGW |
| | ) |
| SOUTHERN ILLINOIS TRANSFER, INC., | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  June 29, 2010

                              NANCY J. ROSENSTENGEL, Clerk of Court

                              By:s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE